UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORREY SELCK,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKUNI RESTAURANTS, et al.,<br><br>        Defendants. | No.  2:22–cv–02141–KJM–KJN PS<br><br>ORDER<br><br>(ECF No. 8.) |

On December 30, 2022, the magistrate judge filed findings and recommendations (ECF No. 8), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On January 9, 2023, plaintiff filed objections to the findings and recommendations (ECF No. 10). Although plaintiff's filing is titled "objections," and identifies some alleged evidence to support the complaint, it ultimately "accepts dismissal" because there is no subject matter jurisdiction and notes the case could be pursued in state court instead. The court understands plaintiff's filing to concede dismissal without leave to amend is appropriate here.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 8) are ADOPTED IN FULL;
2. Plaintiff's claims are DISMISSED for lack of subject matter jurisdiction;
3. The court DECLINES to exercise supplemental jurisdiction over plaintiff's state law claims; and
4. The Clerk of Court is directed to CLOSE this case.

DATED: March 5, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE